

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-24-00518-CV

**IN RE** Jeffrey **GOLLADAY**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Liza A. Rodriguez, Justice
            Lori Massey Brissette, Justice

PETITION FOR WRIT OF MANDAMUS DENIED

Delivered and Filed: December 11, 2024

On August 5, 2024, relator filed a petition for writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CI-00730, styled *In the Interest of N.G., C.G., and O.G., Children*, in the 166th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.